### DENNIS v SMITH

Ohio Supreme Court

No 23122.   Decided March 30, 1932

Jones, Matthias, Day, Allen and Stephenson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

### STATE ex OAK HILL (village) v BROWN

Ohio Supreme Court

No 23398.   Decided March 30, 1932

Marshall, CJ, Matthias, Allen, Kinkade, and Stephenson, JJ, concur.   Jones, J, not participating.

Full opinion will be published later. Watch **Omnibus Index.**